No. 185. GRAVER TANK & MFG. Co., INC. *v.* LINDE AIR PRODUCTS Co., 336 U. S. 271. The petition for rehearing is granted, limited to the question of infringement of Claims 18, 20, 22 and 23 of the Jones et al. patent. The Court desires argument as to the applicability of

the doctrine of equivalents to the findings of fact in this case. *John F. Oberlin, Ashley M. Van Duzer, Thomas V. Koykka, James R. Stewart* and *Charles L. Byron* for petitioners. *John T. Cahill, James A. Fowler, Jr., Richard R. Wolfe* and *Loftus E. Becker* for respondent.

*Rehearing Denied.*